IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN MAGUIRE
AND RAYMER MAGUIRE,

    Plaintiffs,

vs.                                                  CASE NO.:

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through its undersigned counsel, hereby files its Notice of Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal as follows:

### TIMELY NOTICE OF REMOVAL

1. On December 22, 2023, Plaintiffs, SUSAN MAGUIRE AND RAYMER MAGUIRE ("PLAINTIFFS"), filed this action in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No.: 2023-CA-017889-O (the "State Action").

2. On January 25, 2024, FEDERAL was served with a Summons and copy of the Complaint in the State Action. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** and same are as follows:

    a. Civil Cover Sheet;

    b. Summons;

    c. Notice of Service of Process;

    d. Plaintiffs' Complaint & Demand For Jury Demand;

    e. Plaintiffs' First Set of Request for Admissions to Defendant;

    f. Plaintiffs' First Request to Produce to Defendant;

    g. Plaintiffs' First Set of Interrogatories to Defendant;

    h. Standing Case Management Plan/Order;

    i. Defendant's Notice of Appearance and Designation of E-Mail Addresses;

    j. Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint;

    k. Defendant's Notice of Removal to Opposing Counsel; and

    l. Defendant's Certification of Notice of Filing Notice of Removal;

3. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the Court for the district and division which embraces the State Court where the removed State Action was pending, and is filed within the time provided for the removal of action to the United States District Court. *See* 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

4. At the time of the lawsuit in the State Action and the filing of this Notice of Removal, there was, and still is, complete diversity of citizenship between

PLAINTIFFS (citizens of the State of Florida) and FEDERAL (not a citizen of the State of Florida).

5. According to the Property Appraiser's website for Orange County, Florida, PLAINTIFFS own the real property that is the subject of the lawsuit, and which has Florida homestead exemptions. A copy of the subject property's Record Card showing the homesteaded property from the Orange County Property Appraiser's Website is attached as **Exhibit "2"**.

6. Further, PLAINTIFFS assert that they are, and were, residents of the State of Florida "[a]t all times material hereto". *See* **Composite Exhibit "1"** at Plaintiffs' Complaint at ¶ 2 and Exhibit "A".

7. Thus, PLAINTIFFS are citizens of the State of Florida for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

8. FEDERAL is not a citizen of the State of Florida. FEDERAL is a corporation organized under the laws of the State of Indiana, with its principal place of business in the State of New Jersey.

9. Accordingly, FEDERAL is a citizen of the State of Indiana and the State of New Jersey for the purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

10. Therefore, there is complete diversity of citizenship between the parties in accordance with 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

11. PLAINTIFFS have brought the State Action against FEDERAL alleging breach of contract pursuant to the terms of an existing policy of insurance. *See* **Composite Exhibit "1"** at Plaintiff's Complaint at ¶¶ 5, 7 & 13.

12. PLAINTIFFS attach a copy of the subject policy of insurance to the Complaint as Exhibit "A". *Id.* at ¶ 5 and Exhibit "A".

13. PLAINTIFFS' Complaint alleges, in relevant part, "[t]his is an action for breach of contract with damages more than Fifty Thousand Dolars ($50,000.00), exclusive of interest, costs, and attorney's fees." *Id.* at ¶ 1.

14. Prior to the commencement of the State Action, Plaintiffs' counsel filed a Property Insurance Notice of Intent to Initiate Litigation ("Notice"), which included an estimate of damages in the total amount of $236,309.83. Copies of the Notice and included estimate are attached as **Exhibit "3"**.

15. The applicable deductible under the subject policy of insurance is $5,000.00.

16. FEDERAL has issued payments totaling $132,202.10 to PLAINTIFFS in connection with the subject insurance claim.

17. Thus, the amount in controversy herein is in excess of $75,000.00, exclusive of interest and costs.

18. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 as PLAINTIFFS and FEDERAL are citizens of different states and the amount in controversy exceeds the $75,000.00 threshold, exclusive of interest and costs.

19. FEDERAL has noticed the adverse party, PLAINTIFFS, of this Removal by notifying PLAINTIFFS' attorney of record. *See* **Composite Exhibit "1"**.

20. FEDERAL has filed a written notice with the Clerk of Court of the Ninth Judicial Circuit in and for Orange County, Florida in compliance with 28 U.S.C. § 1446(d). *See* **Composite Exhibit "1"**.

        BUTLER WEIHMULLER KATZ CRAIG LLP

        /s/ Thomas A. Keller
        THOMAS A. KELLER, ESQ.
        Florida Bar No.: 0153354
        tkeller@butler.legal
        THOMAS W. HODGES, ESQ.
        Florida Bar No.: 102662
        thodges@butler.legal
        Secondary   rgarofalo@butler.legal
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone:   (813) 281-1900
        Facsimile:   (813) 281-0900
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2024, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Ivan Lys-Dobradin, Esq.
The Gulf Stream Law Firm PLLC
941 W. Morse Blvd., Suite 100
Winter Park, Florida 32789
ivan@gulfstreamfirm.com
info@gulfstreamfirm.com
Attorneys For: Plaintiffs

/s/ Thomas A. Keller
THOMAS A. KELLER, ESQ